DICKERSON *v.* UPHAM, receiver, *et al.*

GILBERT, J. Under the pleadings and the evidence the court did not err in refusing to grant an interlocutory injunction, and in dissolving the restraining order previously granted.

*Judgment affirmed. All the Justices concur.*

No. 9777. OCTOBER 12, 1933.

*W. Owen Slate* and *Thomas W. Jones,* for plaintiff.